JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
1835 Village Center Circle
Las Vegas, Nevada 89134
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ISELA ARCE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DOE EMPLOYEE 1, an individual; DOE EMPLOYEE 2, an individual; SMITH'S FOOD & DRUG, CENTERS, INC., a foreign corporation, d/b/a SMITH'S FOOD AND DRUG #371; DOES 3 through 10, inclusive; ROE CORPORATIONS 11 through 20, inclusive; and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-00740-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE A JOINT PRE-TRIAL ORDER**<br><br>**(FIRST REQUEST)** |

WHEREAS, pursuant to the Order of this Court, the parties were to file a Joint Pre-Trial Order on or before April 3, 2017; and

WHEREAS, counsel for the parties have participated in an initial conference to discuss the language of a Joint Pre-Trial Order and have tried to agree upon evidentiary stipulations to narrow the issues in this case and shorten the length of the trial. As a result of that conference, Plaintiff's attorney has provided an initial draft joint order; however, the parties need additional time to complete the Joint Pre Trial Order and for the parties to be able to finalize their agreements on evidentiary matters; and

WHEREAS the parties are requesting additional time to complete and file the Joint Pre-Trial Order, so that it can be done in a meaningful and thorough manner; and

/ / /

CLAC 3938165.1

WHEREAS, trial counsel for Defendant has a prepaid two week vacation in Europe and will be leaving the country early in the morning of April 6, 2017 and due to scheduling conflicts the parties will not be able to engage in additional meaningful discussions prior to finalize and prepare a Joint Pre-Trial Order; and

WHEREAS, the parties do not enter into the Stipulation to cause any undue delay;

IT IS HEREBY STIPULATED AND AGREED, by and between Brian D. Nettles, Esq. of NETTLES LAW FIRM as counsel for Plaintiff ISELA ARCE, and Jerry S. Busby, Esq., of the law firm COOPER LEVENSON, P.A., as counsel for Defendant SMITH'S FOOD & DRUG CENTERS, INC., that the deadline for filing the Joint Pre-Trial Order be extended until April 24, 2017.

DATED this 4th day of April, 2017.

| NETTLES LAW FIRM | COOPER LEVENSON, P.A. |
|---|---|
| /s/ Brian D. Nettles, Esq.<br>BRIAN D. NETTLES, ESQ.<br>Nevada Bar # 007462<br>CHRISTIAN M. MORRIS<br>Nevada Bar # 011218<br>1389 Galleria Drive<br>Las Vegas, Nevada 89134<br>(702) 434-8282<br>Attorneys for Plaintiff<br>ISELA ARCE | /s/ Jerry S. Busby, Esq.<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar # 001107<br>1835 Village Center Circle<br>Henderson, Nevada 89014<br>(702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: April 5, 2017

CLAC 3938165.1

2