BRIAN D. NETTLES, ESQ.
Nevada Bar No. 7462
CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
JON J. CARLSTON, ESQ.
Nevada Bar No. 10869
NETTLES LAW FIRM
1389 Galleria Drive, Suite 200
Henderson, Nevada 89014
Telephone: (702) 434-8282
Facsimile: (702) 434-1488
brian@nettleslawfirm.com
christian@nettleslawfirm.com
jon@nettleslawfirm.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ISELA ARCE, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>DOE EMPLOYEE 1, an individual; DOE EMPLOYEE 2, an individual; SMITH'S FOOD & DRUG CENTERS, INC., a foreign corporation, d/b/a SMITH'S FOOD AND DRUG #371; DOES 3 through 10, inclusive; ROE CORPORATIONS 11 through 20, inclusive; and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive,<br><br>Defendants. | CASE NO.: 2:16-cv-00740-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANT'S MOTION FOR EXTENSION OF TIME TO OBTAIN ADDITIONAL RECORDS IN RESPONSE TO SUBPOENAS OR FOR ADDITIONAL RELIEF**<br>**(First Request)** |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule 6-1 of this Court's Local Rules, the parties, through undersigned counsel, stipulate to extend the deadline for Plaintiff to respond to Defendant's *Motion for Extension of Time to Obtain Additional Records in Response to Subpoenas or for Additional Relief* [ECF 26] currently due April 21, 2017, for the reasons set forth below. This is the first request to extend this deadline.

NETTLES LAW FIRM
1389 Galleria Dr. Suite 200
Henderson, NV 89014
702-434-8282 / 702-434-1488 (fax)

Counsel for the parties stipulate to extend Plaintiff's response deadline from its current deadline of April 21, 2017, to on or before April 26, 2017 (five days). Counsel for Plaintiff is nearing its completion, however he – Jon J. Carlston, Esq. – has recently fallen ill and needs a short continuance to finalize this response in opposition. Counsel for Plaintiff's trial schedule and matters in other cases that have also arisen have prevented from Counsel for Plaintiff from adequately meeting this deadline. Counsel for Plaintiff is confident that this brief extension is the only extension that will be needed.

This stipulated request is submitted for the reasons explained herein, in good faith, and not for purposes of undue delay.

DATED this 21st day of April, 2017.

NETTLES LAW FIRM

/s/ Brian D. Nettles
BRIAN D. NETTLES, ESQ.
Nevada Bar No. 7462
CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
JON J. CARLSTON
Nevada Bar No. 10869
1389 Galleria Drive, Suite 110
Henderson, Nevada 89014
*Attorneys for Plaintiff*

DATED this 21st day of April, 2017.

COOPER LEVENSON, P.A.

/s/ Jerry S. Busby
JERRY S. BUSBY ESQ.
Nevada Bar No. 001107
GREGORY A. KRAEMER, ESQ.
Nevada Bar No. 10911
1835 Village Center Circle
Las Vegas, Nevada 89134
*Attorneys for Defendant*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**
DATED: April 21, 2017

-2-