BRIAN D. NETTLES, ESQ.
Nevada Bar No. 7462
CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
JON J. CARLSTON, ESQ.
Nevada Bar No. 10869
NETTLES LAW FIRM
1389 Galleria Drive, Suite 200
Henderson, Nevada 89014
Telephone: (702) 434-8282
Facsimile: (702) 434-1488
brian@nettleslawfirm.com
christian@nettleslawfirm.com
jon@nettleslawfirm.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ISELA ARCE, an individual; | CASE NO.: 2:16-cv-00740-JCM-NJK |
| Plaintiff, | |
| vs. | |
| DOE EMPLOYEE 1, an individual; DOE EMPLOYEE 2, an individual; SMITH'S FOOD & DRUG CENTERS, INC., a foreign corporation, d/b/a SMITH'S FOOD AND DRUG #371; DOES 3 through 10, inclusive; ROE CORPORATIONS 11 through 20, inclusive; and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive, | **STIPULATION TO CONTINUE OCTOBER 30, 2017 TRIAL** |
| Defendants. | |

COMES NOW Plaintiff, ISELA ARCE, and Defendant, SMITH'S FOOD & DRUG CENTERS, INC. d/b/a SMITH'S FOOD AND DRUG #371, by and through their respective undersigned counsel of record, and hereby submit this Stipulation and Order to continue the October 30, 2017 Trial date (Doc. No. 38) (and all related filings thereto).

This Stipulation is submitted in good faith and on the basis that both parties have tentatively agreed to attend a private mediation to be held by the Honorable Stewart L. Bell

(Ret). Parties are in the process of arranging the mediation. However, due to counsels' schedules and the availability of the mediator, the mediation can only occur in the later part of November, 2017. Parties are currently looking at November 20, 2017 or November 21, 2017. Thus, the mediation will not occur before the October 30, 2017 trial date. Moreover, parties are working together to gather additional medical records, as Plaintiff is still treating. Lastly, counsel for Plaintiff has received a firm trial in District Court, Department 16, which begins on October 30, 2017.

Therefore, parties request the October 30, 2017 trial date be moved to the next available trial date after December 1, 2017.

DATED this 29th day of August, 2017.

NETTLES LAW FIRM


/s/ Christian M. Morris, Esq.
BRIAN D. NETTLES, ESQ.
Nevada Bar No. 7462
CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
1389 Galleria Drive, Suite 200
Henderson, NV 89014
Attorneys for Plaintiff, Isela Arce

DATED this 29th day of August, 2017.

COOPER LEVENSON, P.C.


/s/ Jerry S. Busby, Esq.
JERRY S. BUSBY, ESQ.
Nevada Bar No. 001107
GREGORY A. KRAEMER, ESQ.
Nevada Bar No. 10911
1835 Village Center Circle
Las Vegas, NV 89134
Attorneys for Defendant, Smith's Food & Drug Centers d/b/a Smith's Food and Drug #371

## ORDER

IT IS SO ORDERED. The Trial date set by the Pre-Trial Order (Doc. No. 38) (and all other filings thereto) that is scheduled to take place on October 30, 2017, at 9:00 a.m. in LV Courtroom 6A before Judge James C. Mahan shall now take place on **December 18, 2017 at 9:00 a.m.**, with calendar call continued to **December 13, 2017 at 1:30 p.m.**

DATED: August 31, 2017.


UNITED STATES DISTRICT COURT JUDGE
Judge James C. Mahan