JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
1835 Village Center Circle
Las Vegas, Nevada 89134
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ISELA ARCE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DOE EMPLOYEE 1, an individual; DOE EMPLOYEE 2, an individual; SMITH'S FOOD & DRUG, CENTERS, INC., a foreign corporation, d/b/a SMITH'S FOOD AND DRUG #371; DOES 3 through 10, inclusive; ROE CORPORATIONS 11 through 20, inclusive; and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-00740-JCM-NJK<br><br>**STIPULATION AND ORDER TO <u>CONTINUE TRIAL</u>**<br><br>**(Second Request)** |

WHEREAS, the parties participated in a voluntary private mediation on November 21, 2017 which resulted in the parties agreeing to a full and final settlement of this case and subsequently filed a Notice of Settlement on November 27, 2017 (ECF 47); and

WHEREAS, the parties require an additional thirty (30) days to conclude the settlement and to execute and file a stipulation for dismissal with prejudice;

IT IS HEREBY STIPULATED AND AGREED by and between JERRY S. BUSBY ESQ. of the law firm COOPER LEVENSON, P.A., counsel for Defendant SMITH'S FOOD & DRUG CENTERS, INC., and BRIAN D. NETTLES, ESQ. of NETTLES LAW FIRM, counsel for Plaintiff ISELA ARCE that the trial date in this matter be vacated and continued for a period of not less than

/ / /

/ / /

CLAC 4238522.1

thirty (30) days to the court's first available trial date after January 18, 2018. The parties also request that the Calendar Call scheduled to take place on December 13, 2017 be vacated.

Respectfully submitted this 12th day of December, 2017.

| NETTLES LAW FIRM | COOPER LEVENSON, P.A. |
|---|---|
| /s/ Brian D. Nettles<br>BRIAN D. NETTLES, ESQ.<br>Nevada Bar #007462<br>1389 Galleria Drive – Suite 200<br>Henderson, Nevada 89014<br>(702) 434-8282<br>Attorneys for Plaintiff<br>ISELA ARCE | /s/ Jerry S. Busby<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar #001107<br>1835 Village Center Circle<br>Las Vegas, Nevada 89134<br>(702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

IT IS HEREBY ORDERED that the Calendar Call set for December 13, 2017 is vacated and the trial date of December 18, 2017 be continued to the next available date after January 18, 2018 in order to allow the parties to wrap up the settlement and file a stipulation for dismissal of this case. Calendar call is continued to January 17, 2018, at 1:30 p.m. Trial is continued to January 22, 2018, at 9:00 a.m.

_____
UNITED STATES DISTRICT COURT JUDGE
DATED: December 12, 2017.

2

CLAC 4238522.1