JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
1835 Village Center Circle
Las Vegas, Nevada 89134
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ISELA ARCE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DOE EMPLOYEE 1, an individual; DOE EMPLOYEE 2, an individual; SMITH'S FOOD & DRUG, CENTERS, INC., a foreign corporation, d/b/a SMITH'S FOOD AND DRUG #371; DOES 3 through 10, inclusive; ROE CORPORATIONS 11 through 20, inclusive; and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-00740-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

WHEREAS, the parties participated in a voluntary private mediation on November 21, 2017 which resulted in the parties agreeing to a full and final settlement of this case and all claims set forth in Plaintiff's Complaint;

IT IS HEREBY STIPULATED AND AGREED by and between JERRY S. BUSBY ESQ. of the law firm COOPER LEVENSON, P.A., counsel for Defendant SMITH'S FOOD & DRUG CENTERS, INC., and BRIAN D. NETTLES, ESQ. of NETTLES LAW FIRM, counsel for Plaintiff ISELA ARCE as follows:

1. Plaintiff ISELA ARCE'S claims herein against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

///

2. That any and all deadlines for discovery or for filing documents with the Court (including responses and/or replies to pretrial motions), any and all court appearances and the trial date of December 18, 2017 be vacated.

Respectfully submitted this 20th day of December, 2017.

| NETTLES LAW FIRM | COOPER LEVENSON, P.A. |
|---|---|
| /s/ Brian D. Nettles | /s/ Jerry S. Busby |
| BRIAN D. NETTLES, ESQ. | JERRY S. BUSBY, ESQ. |
| Nevada Bar #007462 | Nevada Bar #001107 |
| 1389 Galleria Drive – Suite 200 | 1835 Village Center Circle |
| Henderson, Nevada 89014 | Las Vegas, Nevada 89134 |
| (702) 434-8282 | (702) 366-1125 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| ISELA ARCE | SMITH'S FOOD & DRUG CENTERS, INC. |

IT IS HEREBY ORDERED that this case is dismissed with prejudice, each party to bear their own fees and costs. In addition, any and all deadlines for discovery or for filing documents with the Court (including responses and/or replies to pretrial motions), any and all court appearances and the trial date of December 18, 2017 are hereby vacated.

_____
UNITED STATES DISTRICT COURT JUDGE
DATED: December 22, 2017

2